SHANNA ELIZABETH COLEMAN
13084 DEDEAUX RD
GULFPORT, MS 39503

CUZCO CAPITAL
PO BOX 36454
CINCINNATI, OH 45236

MIDLAND CREDIT MGMT
ATTN: BANKRUPTCY
PO BOX 939069
SAN DIEGO, CA 92193

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

EMERGENCY ROOM GROUP
P.O. BOX 9130
DAYTONA BEACH, FL 32120

NAVY FEDERAL
PO BOX 3500
MERRIFIELD, VA 22119

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
SAN FRANCISCO, CA 94108

GEICO INDEMNITY COMPAN
1 GEICO BLVD
FREDERICKSBUR, VA 22406

NELNET
PO BOX 82561
LINCOLN, NE 68501

ARRA FINANCE
PO BOX 631250
IRVING, TX 75063

JEFFERSON CAPITAL
PO BOX 23051
COLUMBUS, GA 31902

ONE MAIN
PO BOX 1010
EVANSVILLE, IN 47706

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

KATAPULT
5204 TENNYSON PKWY
#500
PLANO, TX 75024

OPPORTUNITY FINANCIAL, LLC
ATTN: BANK
P.O. BOX 5040
CHICAGO, IL 60601

CFNA
ATTN: BANKRUPTCY
PO BOX 81315
CLEVELAND, OH 44181

KEITH WIER
1550 PRESTON RD
DALLAS, TX 75248

QUEST DIAGNOSTICS
PO BOX 740781
CINCINNATI, OH 45274

CONN'S
P.O. BOX 815867
DALLAS, TX 75234-5867

LIFESTYLE AT THE BAY
12450 THREE RIVERS RD
GULFPORT, MS 39503

SEZZLE
ATTN: BANKRUPTCY
700 NICOLLET MALL
STE 640
MINNEAPOLIS, MN 55402

CREDIT COLLECTION SERV
725 CANTON ST
NORWOOD, MA 02062

MASSEYS
1251 1ST AVE
CHIPPEWA FALL, WI 54729

SMB RADIOLOGY
P.O. BOX 1330
GULFPORT, MS 39502

CREDIT FRESH
200 CONTINTENTAL DR
SUITE 401
NEWARK, DE 19713

MERCHANTS ADJ. SERVICE
PO BOX 7511
MOBILE, AL 36670-0511

SNAP FINANCE
P.O. BOX 26561
SALT LAKE CIT, UT 84126

```
TMOBILE
PO BOX 660252
DALLAS, TX 75266-0252

UNIFN INC
PO BOX 1608
SKOKIE, IL 60076

UPROVA CREDIT
635 HWY 20 V
UPPER LAKE, CA 95485

WITH U LOANS
10600 S PENNSYLVAIA AV
STE 16 #828
OKLAHOMA CITY, OK 73170-4257

XACT
P.O. BOX 36454
CINCINNATI, OH 45236-0454
```