**United States Bankruptcy Court**
**Southern District of Mississippi**

In re **Shanna Elizabeth Coleman** Debtor(s)

Case No. **26-51315**
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **October 23, 2026**

**/s/ Shanna Elizabeth Coleman**
**Shanna Elizabeth Coleman**
Signature of Debtor

SHANNA ELIZABETH COLEMAN
13084 DEDEAUX RD
GULFPORT, MS 39503

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
SAN FRANCISCO, CA 94108

ARRA FINANCE
PO BOX 631250
IRVING, TX 75063

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CFNA
ATTN: BANKRUPTCY
PO BOX 81315
CLEVELAND, OH 44181

CONN'S
P.O. BOX 815867
DALLAS, TX 75234-5867

CREDIT COLLECTION SERV
725 CANTON ST
NORWOOD, MA 02062

CREDIT FRESH
200 CONTINTENTAL DR
SUITE 401
NEWARK, DE 19713

CUZCO CAPITAL
PO BOX 36454
CINCINNATI, OH 45236

DEBT DIRECT PORTFOL***
1000 N. WEST ST SUITE
UNIT 5053
WILMINGTON, DE 19801

EMERGENCY ROOM GROUP
P.O. BOX 9130
DAYTONA BEACH, FL 32120

GEICO INDEMNITY COMPAN
1 GEICO BLVD
FREDERICKSBUR, VA 22406

JEFFERSON CAPITAL
PO BOX 23051
COLUMBUS, GA 31902

KATAPULT
5204 TENNYSON PKWY
#500
PLANO, TX 75024

KEITH WIER
1550 PRESTON RD
DALLAS, TX 75248

LIFESTYLE AT THE BAY
12450 THREE RIVERS RD
GULFPORT, MS 39503

MASSEYS
1251 1ST AVE
CHIPPEWA FALL, WI 54729

MERCHANTS ADJ. SERVICE
PO BOX 7511
MOBILE, AL 36670-0511

MIDLAND CREDIT MGMT
ATTN: BANKRUPTCY
PO BOX 939069
SAN DIEGO, CA 92193

MIDWEST FIDELITY SE***
103 S MAIN STREET
OTTAWA, KS 66067

NAVY FEDERAL
PO BOX 3500
MERRIFIELD, VA 22119

NELNET
PO BOX 82561
LINCOLN, NE 68501

ONE MAIN
PO BOX 1010
EVANSVILLE, IN 47706

OPPORTUNITY FINANCIAL, LLC
ATTN: BANK
P.O. BOX 5040
CHICAGO, IL 60601

QUEST DIAGNOSTICS
PO BOX 740781
CINCINNATI, OH 45274

SEZZLE
ATTN: BANKRUPTCY
700 NICOLLET MALL
STE 640
MINNEAPOLIS, MN 55402

SMB RADIOLOGY
P.O. BOX 1330
GULFPORT, MS 39502

SNAP FINANCE
P.O. BOX 26561
SALT LAKE CIT, UT 84126

TMOBILE
PO BOX 660252
DALLAS, TX 75266-0252

UNIFN INC
PO BOX 1608
SKOKIE, IL 60076

UPROVA CREDIT
635 HWY 20 V
UPPER LAKE, CA 95485

WITH U LOANS
10600 S PENNSYLVAIA AV
STE 16 #828
OKLAHOMA CITY, OK 73170-4257

XACT
P.O. BOX 36454
CINCINNATI, OH 45236-0454